UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CORNELIUS HEYWARD, <br><br> Plaintiff, <br><br> -against- <br><br> FEDERAL BUREAU OF PRISONS; <br> METROPOLITAN CORRECTION CENTER-NY, <br><br> Defendants. | 20-CV-7632 (LLS) <br><br> ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated November 12, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 25, 2021
         New York, New York

                                                    _____
                                                           Louis L. Stanton
                                                              U.S.D.J.