UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CORNELIUS HEYWOOD,

                Plaintiff,

        -against-

FEDERAL BUREAU OF PRISONS;
METROPOLITAN CORRECTIONAL
CENTER-NY,

              Defendants.

20-CV-7632 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued February 25, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 25, 2021
         New York, New York

                                Louis L. Stanton
                                Louis L. Stanton
                                  U.S.D.J.